In the Matter of KIMBERLY KAMINESTER, Respondent, v INALEE FOLDES, Appellant.

Submitted July 7, 2008; decided September 16, 2008

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that remanded for a hearing on contempt, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.